NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KONINKLIJKE PHILIPS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**
*Plaintiffs – Appellants,*

v.

**ZOLL MEDICAL CORPORATION,**
*Defendant - Cross-Appellant.*

---

2014-1764, -1791

---

Appeals from the United States District Court for the District of Massachusetts in No. 1:10-cv-11041-NMG, Judge Nathaniel M. Gorton.

---

ON MOTION

O R D E R

Upon consideration of the unopposed motion of appellants Philips Electronics North America Corporation

and Koninklijke Philips N.V. to extend time to file their principal brief by 30 days until November 26, 2014,

IT IS ORDERED THAT:

The motion is granted. The appellants' brief is due on November 26, 2014.

                                      FOR THE COURT

October 30, 2014                /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court